UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21001-CR-COOKE/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT MARTINEZ,

    Defendant.
_____/

### ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the Court on the defendant's Unopposed Motion to Continue Sentencing (D.E.41) and the Court being fully advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Sentencing is continued to **Wednesday, September 15, 2010 at 11:00 a.m.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami-Dade County, Florida this 23rd day of July, 2010.

_____
MARCIA G. COOKE
United States District Judge

copies furnished to:
All counsel of record